ISRAEL BOSS, an Infant, by ABRAHAM BOSS, His Guardian ad Litem, Appellant, *v.* SENDER JARMULOWSKY, Respondent.

*Boss* v. *Jarmulowsky,* 81 App. Div. 577, appeal dismissed.
(Submitted March 21, 1906; decided April 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 24, 1903, affirming a judgment in favor of defendant entered upon a verdict directed by the court.

*Abraham Levy* and *K. Henry Rosenberg* for appellant.

*Morris Clark* and *Harold Nathan* for respondent.

Appeal dismissed, with costs, under subdivision 2 of section 191 of the Code of Civil Procedure, as it was not allowed by the Appellate Division or by a judge of this court; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

RASHEED SALEEBY, Respondent, *v.* CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant.

*Saleeby* v. *Central R. R. Co. of New Jersey,* 99 App. Div. 163, affirmed.
(Argued March 21, 1906; decided April 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 29, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Robert Thorne* for appellant.

*James A. Kelly* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.